VIRNA L. SANTOS, SBN 150017
Santos Law Group
764 P Street, Suite 13
Fresno, CA 93721
Telephone:  (559) 500-3900
Facsimile:   (559) 500-3902
E-Mail: vsantos@santoslg.com

Attorney for Defendant Lizbeth Garcia Juarez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>                      v.<br><br>LIZBETH GARCIA JUAREZ,<br> Aka Mireya, aka Pocahontas,<br><br>                      Defendant. | Case No.:  1:15CR00300 AWI-BAM (004)<br><br>STIPULATION AND PROPOSED ORDER RE:  AMENDMENT OF DEFENDANT LIZBETH GARCIA'S CONDITIONS OF RELEASE;  ORDER |

TO THE HONORABLE COURT:

      WHEREAS, Defendant Lizbeth Garcia is currently on pretrial release, as per this Court's Order dated October 15, 2015 (Dkt. No. 23); and

      WHEREAS, one of her current conditions of release, Condition No. 7(f), requires that she actively seek and maintain employment and provide proof of said employment to her pretrial officer;

WHEREAS, Defendant has recently obtained employment with L.E. Cooke Co. in Visalia, California as a truck driver, delivering trees throughout Northern and Southern California;

WHEREAS, one of her current conditions of release, Condition No. 7(c), restricts her residence and travel to the Eastern District of California;

WHEREAS, Ms. Garcia's new employment requires travel outside of the Eastern District of California and obtaining said employment is a conflicting condition of her release;

WHEREAS, Pretrial Services Office has been consulted and concurs with this request;

IT IS HEREBY STIPULATED that the Defendant's release condition No. 7(c) be amended to permit her work-related travel to include all federal districts in California. The defendant shall be required to notify Pretrial Services as directed.

Dated: January 5, 2016              /s/ Virna L. Santos

                                    VIRNA L. SANTOS
                                    Attorney for Defendant Lizbeth Garcia

Dated: January 5, 2016              /s/ Kathleen A. Servatius
                                    BENJAMIN B. WAGNER
                                    United States Attorney
                                    KATHLEEN A. SERVATIUS
                                    Assistant U.S. Attorney
                                    On Behalf of the United States of America

**ORDER**

IT IS SO ORDERED.

Dated:  **January 5, 2016**             /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE